# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

STEVE CALAMAN
KATHY CALAMAN

    Debtor(s)

WELLS FARGO BANK, N.A.
D/B/A WELLS FARGO DEALER
SERVICES

    Movant(s)

vs.

STEVE CALAMAN
KATHY CALAMAN
CHARLES J. DEHART, III, TRUSTEE

    Respondent(s)

Chapter: 13

Case Number: 1:11-bk-02662-RNO

Document No.: 38

Nature of Proceeding: **Motion for Relief from Automatic Stay with nonconcurrence**

## ORDER

It appearing that no stipulation or request to relist having been filed pursuant to Order dated May 22, 2013, it is hereby

ORDERED that this matter is DISMISSED without prejudice.

By the Court,

/s/ Robert N. Opel II

Robert N. Opel, II, Bankruptcy Judge
(BC)

Dated: June 25, 2013